AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PATROCINIO ALVARADO-RODRIGUEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:26-mj-00019<br>)<br>)<br>)<br>) |

**FILED** JAN 2 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 17, 2026__ in the county of __Wood__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

On January 17, 2026, officers with U.S. Immigration and Customs Enforcement - Enforcement and Removal Operations ("ICE") encountered defendant PATROCINIO ALVARADO-RODRIGUEZ in a parking lot located at or near 920 Division Street, Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia. ICE officers believed that defendant PATROCINIO ALVARADO-RODRIGUEZ was a different individual who had been previously removed from the United States on three occasions. When ICE officers approached defendant PATROCINIO ALVARADO-RODRIGUEZ while he was in his vehicle, he refused commands to get out of his vehicle and to stop reaching inside his vehicle. As ICE officers began to breach the vehicle to extract him, defendant PATROCINIO ALVARADO-RODRIGUEZ put his vehicle in gear and began to flee. Defendant PATROCINIO ALVARADO-RODRIGUEZ nearly struck an ICE officer while the officer was inside his government vehicle. After a vehicle pursuit, defendant PATROCINIO ALVARADO-RODRIGUEZ exited his vehicle and began to flee on foot. ICE officers confronted defendant PATROCINIO ALVARADO-RODRIGUEZ, who charged at them. ICE officers brought defendant PATROCINIO ALVARADO-RODRIGUEZ to the ground, where he continued to resist arrest. Defendant PATROCINIO ALVARADO-RODRIGUEZ was arrested at or near 17th Avenue in Parkersburg, Wood County, West Virginia. ICE officers sustained cuts and other injuries to their hands during the encounter.

☐ Continued on the attached sheet.

_ROBERT M GREISER_
Digitally signed by ROBERT M GREISER
Date: 2026.01.20 13:58:16 -05'00'
*Complainant's signature*

Robert M. Greiser, Supervisory Detention & Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/20/2026__

*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*